# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0308
Lower Tribunal No. 2024-CA-001940

_____

KEVIN LAM, DPM and FAMILY FOOT AND LEG CENTER, P.A.,

Appellants,

v.

KENNETH FISH, LIGHTSOURCE HOLDINGS, LLC, SUNZ INSURANCE COMPANY, and NEXT LEVEL ADMINISTRATORS, LLC,

Appellees.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Collier County.
Ramiro Mañalich, Judge.

November 25, 2025

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and SMITH, JJ., concur.


Dinah S. Stein and Lindsey A. Hicks, of Hicks, Porter & Stein, P.A., Miami, and Nicholas S. Madsen, of Adams|Coogler, West Palm Beach, for Appellants.

Robert J. Borrello and Christopher S. Russomanno, of Russomanno & Borrello, P.A., Coral Gables, for Appellee, Kenneth Fish.

Richard W. Ervin and Robert J. Grace, Jr., of Bleakley Bavol Denman & Grace, Tampa, for Appellees, Lightsource Holdings, LLC, Sunz Insurance Company, and Next Level Administrators, LLC.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED